**F I L E D**
CLERK, U.S. DISTRICT COURT

**02/17/2023**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 8:23-cr-00024-FWS |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 922(a)(1)(A): Engaging in the Business of Dealing in Firearms Without a License; 18 U.S.C. § 922(a)(3): Transporting Firearms Across State Lines] |
| RICK WILLIAMSON, | |
| Defendant. | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 922(a)(1)(A)]

Beginning in or around 2016, and continuing until at least on or about December 10, 2021, in Orange County, within the Central District of California, and elsewhere, defendant RICK WILLIAMSON, not being a licensed importer, manufacturer, or dealer of firearms, willfully engaged in the business of dealing in firearms, specifically, the sales of the following firearms, on or about the following dates:

///

| DATE | FIREARM(S) |
|------|-----------|
| August 24, 2019 | (1) a Heckler & Koch P30 semi-automatic pistol, bearing serial number 129078094; and (2) a Heckler & Koch VP9 semi-automatic pistol, bearing serial number 224151002 |
| November 6, 2019 | (1) an FNB 509 semi-automatic pistol, bearing serial number GKS0048822; and (2) a Sig Sauer P320-M17 semi-automatic pistol, bearing serial number M17058536 |
| July 2, 2020 | (1) a Sig Sauer P229 semi-automatic pistol, bearing serial number AM127968; (2) a Glock 19 semi-automatic pistol, bearing serial number BNNF336; (3) a Remington Model 870 shotgun, bearing serial number A287637M; and (4) a Glock 17 semi-automatic pistol, bearing serial number TDZ912 |
| January 28, 2021 | (1) a Smith and Wesson M&P 15 semi-automatic rifle, bearing serial number SR02118; (2) an Anderson Manufacturing AM-15 semi-automatic rifle, bearing serial number 18147116; and (3) two Remington Arms Model 700 rifles, bearing serial numbers RR81635C and RR56458B, respectively |
| June 25, 2021 | (1) two FNB 509 semi-automatic pistols, bearing serial numbers GKS0046685 and GKS0174104, respectively; (2) a Sig Sauer P365 semi-automatic pistol, bearing serial number 66B495897; (3) a Sig Sauer P365X semi-automatic pistol, bearing serial number 66B623035; and (4) a Glock G43X semi-automatic pistol, bearing serial number BTTE206 |
| December 9, 2021 | (1) a Glock G19 Gen5 semi-automatic pistol, bearing serial number BNKS912; and (2) a Sig Sauer P320 semi-automatic pistol, bearing serial number 58A159837 |
| December 10, 2021 | (1) a Sig Sauer P365 semi-automatic pistol, bearing serial number 66B685226; and (2) a Glock G43X semi-automatic pistol, bearing serial number BNES590 |

COUNT TWO

[18 U.S.C. § 922(a)(3)]

On or about June 11, 2021, in Orange County, within the Central District of California, and elsewhere, defendant RICK WILLIAMSON, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, willfully transported into the State of California, where he then resided, the following firearms: (1) a Sig Sauer P365 XL semi-automatic pistol bearing serial number 66A990842; (2) a Glock 43X semi-automatic pistol bearing serial number BSAR964; (3) a Glock 43X semi-automatic pistol bearing serial number BSAR965; (4) a Glock 19X semi-automatic pistol bearing serial number BPEH885; and (5) a Glock 19X semi-automatic pistol bearing serial number BSLG460, which firearms defendant WILLIAMSON obtained outside the state of California, namely, by: (1) arranging for a third party, R.R., to purchase the firearms on defendant WILLIAMSON's behalf from a firearms dealer in the State of Montana; and (2) defendant WILLIAMSON ultimately receiving the firearms from R.R. and then transporting the firearms into the State of California for further sale in Orange County, California.

E. MARTIN ESTRADA
United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office